176 F.3d 471
 Ms. Kristen N. Aland, Ms. Sandra L. Bianculli Miller, Randy
Cellar, Mr. Donald M. Guerrieri, Ms. Amy e. Hoechstetter,
Felix Lewis, Mr. Keith A. Miller, richard Muser, Mr. Joseph
Novotny, Mrs. Geraldyne,O'Kane, Mr. John J. Pilot, Mr.
Daniel T. shaner, daniel Sharer, Theon Wade, Joann M. Wade,
Mr. Ronald M. Wade, Mr. Ronald S. Wlder, Jeff Zablo, Thomas
J. Stokes, Glenn G. Reis, Kathleen M. Meuhlbauer, Paul J.
Sabella, Robert A. Grimm, Stuart
 NOS. 98-3090, 98-3091, 98-3092
 United States Court of Appeals,
Third Circuit.
 January 06, 1999
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 Affirmed in part, Reversed in part.